UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BARNHART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00984 JLT SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDER**<br><br>(Doc. 9) |

　　　Plaintiff James Barnhart is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On December 8, 2022, the assigned magistrate judge filed findings and recommendations, recommending that this action be dismissed without prejudice for Plaintiff's failure to prosecute and to obey court orders. (Doc. 9.) The magistrate judge provided Plaintiff 14 days within which to file any objections to the findings and recommendations. (*Id.* at 2-3.) No objections have been filed and the time to do so has now passed.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

//

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on December 8, 2022 (Doc. 9) are **ADOPTED IN FULL**.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to prosecute and to obey court orders.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**January 3, 2023**__                              _Jennifer L. Thurston_
                                                                          UNITED STATES DISTRICT JUDGE